Copies Mailed/Faxed 9/15/25
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KADEEM KNIGHT,
            Defendant.

--------------------------------------------------------------x

**ORDER**

23 CR 144 (VB)
25 CV 4408 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/25

      By order dated May 23, 2025, the Court construed a November 20, 2023, letter from defendant Knight as a motion brought under 28 U.S.C. § 2255. The Court also directed Knight to file an amended motion under 28 U.S.C. § 2255 by July 23, 2025, and provided Knight with the materials to do so. To date, Knight has not filed an amended Section 2255 motion.

      Accordingly, the Court <u>sua sponte</u> extends the time for Knight to file an amended Section 2255 motion to <u>October 15, 2025</u>. If Knight fails to comply with this order within the time allowed, and cannot show good cause to excuse such failure, the present Section 2255 motion will be denied and this matter will be dismissed.

      Chambers will mail a copy of this Order, as well as the order dated May 23, 2025, to defendant at the address on the civil docket.

Dated: September 15, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge