UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                :

                                            :   **ORDER**

v.                                       :

                                            :   23 CR 144 (VB)

KADEEM KNIGHT,                           :   25 CV 4408 (VB)
                 Defendant.            :

-----------------------------------------------------------x

By order dated May 23, 2025, the Court (i) construed a November 20, 2023, letter from defendant Knight as a motion brought under 28 U.S.C. § 2255; (ii) directed Knight to file an amended motion under Section 2255 by July 23, 2025, and provided Knight with the materials to do so; (iii) gave Knight an opportunity to withdraw his motion if he so notified the Court in writing by June 23, 2025; and (iv) stated that if Knight failed to comply with the May 23, 2025, order within the time allowed, and failed to show good cause to excuse such failure, his Section 2255 motion would be denied and the matter would be dismissed.

Knight did not file an amended Section 2255 motion by the July 23, 2025, deadline, nor did he advise the Court that he wished to withdraw the motion. Because Knight did not file an amended motion by the July 23 deadline, by order dated September 15, 2025, the Court sua sponte extended the deadline for Knight to file an amended motion to October 15, 2025. The Court also stated in its September 15 order that if Knight failed to comply with the order within the time allowed, and failed to show good cause to excuse such failure, the Section 2255 motion would be denied and the matter would be dismissed.

To date, Knight has failed to submit an amended Section 2255 motion and has also failed to show good cause to excuse such failure. Accordingly, the pending Section 2255 motion is DENIED, and the petition is DISMISSED.

Chambers will mail a copy of this order, as well as the orders dated May 23, 2025, and September 15, 2025, to defendant at the address on the civil docket.

Dated: December 3, 2025
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25

Copies Mailed/Faxed 12/3/25
Chambers of Vincent L. Briccetti